

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00527-CV

**IN THE INTEREST OF J.D.U., J.M.U., A.K.U., CHILDREN**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01098
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due November 29, 2021, but was not filed. On December 1, 2021, this court notified the court reporter, Ms. Angie Jimenez, that the reporter's record was late and directed her to either: (1) file a Notification of Late Record within five days; or (2) file the reporter's record within ten days. *See* TEX. R. APP. P. 37.3(a). Ms. Jimenez did not respond to our letter. Accordingly, we ORDER Ms. Jimenez to file the reporter's record **by December 27, 2021**. *See* TEX. R. APP. P. 35.3(c).

In the unforeseen event that Ms. Jimenez does not comply with this order, we may be required to initiate contempt proceedings.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court